AWL:yw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 32' SCORPION GO-FAST VESSEL
IDENTIFICATION NUMBER SOPO1032J586,
LICENSE NO. FL77788EY, WITH THREE (3)
MERCURY BRAND ENGINES AND ITS
TACKLE, STORES, EQUIPMENT AND
APPURTENANCES,

    Defendant.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

    Plaintiff, United States of America, hereby files this civil complaint for forfeiture in rem and states as follows:

1. This is a civil action for forfeiture in rem of the defendant: One 32' Scorpion Go Fast Vessel, VIN Number SOPO1032J586, License No. FL7778EY, with three (3) Mercury brand engines and its tackle, stores, equipment and appurtenances, hereafter "defendant."

2. Forfeiture of the defendant is sought pursuant to 8 U.S.C. §1324(b) as amended by the Civil Asset Forfeiture Act of 2000, for violation of 8 U.S.C. §1324(a).

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1345, 1355 and 2461.



4. Venue lies in the United States Southern District of Florida pursuant to 28 U.S.C. §1395(b) as the defendant was seized in the Southern District of Florida and will remain in the district's control during the pendency of this action or until further order of the Court.

## FACTS

5. On or about the early morning hours of February 2, 2004, the defendant was located off the coast of Florida.

6. Law enforcement personnel, on law enforcement vessels, contacted defendant, in English and Spanish, and directed defendant to comply with law enforcement directives, including returning to the high seas.

7. A vessel of the Immigration and Customs Enforcement, Maritime Enforcement Unit (hereafter "ICE/MEU") intercepted the defendant and according to ICE/MEU procedures, energized their blue light and ordered the defendant to stop over a loud-hailer in both English and Spanish.

8. The defendant refused to stop, causing a high speed chase to ensue.

9. ICE/MEU officer(s) deployed warning shots across the defendant's bow as a signal for the defendant to stop.

10. The defendant ignored the warning and continued to desperately head toward the United States, even to the point of colliding with an ICE/MEU vessel.

11. The defendant was eventually stopped off the coast of Key Largo, Florida.

12. The defendant was seized and taken into custody by ICE/MEU officers.

13. The defendant contained two suspected smugglers and seventeen undocumented aliens who did not have permission to enter the United States.

14. On or about February 2, 2004, the defendant was registered to Orestes Espinosa, 14932 SW 36th Terrace, Miami, Florida 33185.

15. Administrative forfeiture proceedings against defendant were initiated and notice of the administrative forfeiture was sent to Orestes Espinosa.

16. On or about March 12, 2004, Orestes Espinosa filed a claim for the defendant.

## COMPLAINT FOR FORFEITURE

17. The defendant was used in the commission of a violation of 8 U.S.C. §1324(a), that is, smuggling or attempting to smuggle and/or conspiracy to smuggle aliens into the United States in violation of law, and is therefore subject to forfeiture to the United States of America pursuant to 8 U.S.C. §1324(b), as amended by the Civil Asset Forfeiture Reform Act of 2000.

WHEREFORE, plaintiff, the United States of America, requests that due process issue to bring the defendant within the jurisdiction of this Court by warrant of arrest in rem; that the Court direct any and all persons having any claim to the defendant to file and serve their Verified Claim and Answer as required by 18 U.S.C. § 983(a)(4) and the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default thereof; that the defendant be condemned and forfeited to the United States of America, that an order for disposal of defendant be issued according to law; and that

the Plaintiff be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

                                      Respectfully submitted,

                                      MARCOS D. JIMENEZ
                                      UNITED STATES ATTORNEY

By: _____
      ALISON W. LEHR
      Assistant United States Attorney
      United States Attorney's Office
      Fla. Bar No. 444537
      99 N.E. 4th Street
      Miami, Florida 33132
      Tel: (305) 961-9176
      Fax: (305) 536-7599
      E-mail address: Alison.Lehr@usdoj.gov

## **VERIFICATION**

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury, that I have read the foregoing Complaint for Forfeiture In Rem and state that the facts alleged therein are true and correct to the best of my knowledge and belief.

Executed this  ·30   day of June, 2004.

PEDRO A. CINTRON
Senior Special Agent
Immigration and Customs Enforcement

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

04-10050

CIV- KING

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
One 32' Scorpion Go-fast vessel identification number SOPO1032J586, License No. FL77788EY, with three (3) mercury brand engines and its tackle, stores, equipment and appurtenances

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Key West o/c/1050/king/osullivan

MAGISTRATE JUDGE
O'SULLIVAN

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
AUSA Alison W. Lehr
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
(305) 961-9176

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE:    DADE,  (MONROE)  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE,  HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | A OR B |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
8 U.S.C. § 1324(b)

LENGTH OF TRIAL
via ___ 1 ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  6/30/04

SIGNATURE OF ATTORNEY OF RECORD
Alison W. Lehr

FOR OFFICE USE ONLY

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

This form was electronically produced by Elite Federal Forms, Inc.